UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
KHALED HACHEMI, RUBEN GONZALEZ,
JUAN ELIAS MERCEDES, and KARIM EBDELLI,    Case No.:1:20-CV-10611(LJL)

                                   Plaintiffs,

                                                                        **STIPULATION AND**
           -against-                                                   **ORDER OF DISMISSAL**


RESTAUREX AMERICORP INC., RESTAUREX
DEVELOPMENTS INC., PAUL SARLIS, ABDOU
HOSSNY, and RICHARD KOPRIVNJAK,
*personally, and individually,*

                                   Defendants.
---------------------------------------------------------------------------X
RESTAUREX AMERICORP INC., RESTAUREX
DEVELOPMENTS INC., PAUL SARLIS, ABDOU
HOSSNY, and RICHARD KOPRIVNJAK,

                               Third-Party Plaintiffs,

           -against-

MOHAMED SAYED, IBRAHIM SAYED, and I & M
SUBWAY INC.,

                               Third-Party Defendants.
---------------------------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiffs Khaled Hachemi, Ruben Gonzalez, Juan Elias Mercedes, and Karim Ebdelli, for Defendants/Third-Party Plaintiffs Restaurex Americorp Inc., Restaurex Developments Inc., Paul Sarlis, Abdou Hossny, and Richard Koprivnjak, and for Third-Party Defendants Mohamed Sayed, Ibrahim Sayed, and I & M Subway Inc., that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims against

1

Defendants and Third-Party Plaintiffs' claims against Third-Party Defendants in the above-captioned action are hereby voluntarily discontinued, with prejudice. The United States District Court for the Southern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

Dated: New York, New York
      July 22, 2021

*Attorneys for Plaintiffs*
EMRE POLAT, PLLC
45 Broadway, Suite 1420
New York, New York 10006
(212) 480-4500

By: _____
    Emre Polat

*Attorneys for Defendants/Third-Party Plaintiffs*
TROUTMAN PEPPER HAMILTON SANDERS LLP 875 Third Avenue
New York, NY 10022
(212) 808-2731

By: _____
    Jessica Rothenberg

*Attorneys for Third-Party Defendants*
Paduano & Weintraub, L.L.P.
1251 Avenue Of The Americas
New York, NY 10020
(212) 785-9100

By: Meredith Cavallaro/MKS
    Meredith Rosen Cavallaro

SO ORDERED:

_____
Hon. James L. Cott, U.S.M.J.

2